1 BRIAN J. STRETCH (CABN 163973)
United States Attorney
2 SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3 JENNIFER S WANG (CABN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   FAX: (415) 436-6748
   jennifer.s.wang@usdoj.gov

Attorneys for Defendant
The United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAYED EMRAN, | CASE NO. 3:15-CV-4023 EDL |
| Plaintiff, | **JOINT REQUEST FOR A CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER SETTING A CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Local Rule 7-11, defendant United States of America and plaintiff Sayed Emran, jointly request that the Court set a case management conference.

An initial case management conference was held on June 14, 2016. At that time, motions to dismiss filed by defendant United States and by other co-defendants who have been dismissed from this action were pending before the Court. Given that the parties anticipated the possibility of more than one round of motions to dismiss, the parties did not propose case management dates at that time, and instead, requested permission to propose dates after the pleadings were settled. *See* ECF No. 36 at ¶ 17. At the June 14, 2016 case management conference, the Court set deadlines for the exchange of initial

JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.: 3:15-CV-4023 EDL      1

disclosures and amendment of the pleadings, and referred the matter for mediation through the Court's ADR department. *See* ECF No. 38. No further case management deadlines were set.

The Court addressed several rounds of motions related to plaintiff's complaint, first amended complaint, and second amended complaint. On January 6, 2017, the Court issued an order denying in part and granting in part defendant United States' motion to dismiss certain claims in the second amended complaint. *See* ECF No. 74. Defendant United States has answered the second amended complaint.

On February 22, 2017, the parties conducted mediation through the Court's ADR program. The parties completed their mediation efforts without resolution.

The parties respectfully request the scheduling of a case management conference so that the parties may discuss with the Court a proposed discovery plan, and the setting of deadlines for discovery and dispositive motions in this action. No further case management conferences have been held in this matter since the pleadings were finalized. No discovery cut-offs, or other deadlines, have been set.

For the above stated reasons, the parties request that the Court set a case management conference so that a case management order can be issued. The parties propose that the Court set a case management conference for November 14, 2017, and that the parties submit their joint case management statement, including proposed schedules for the case, by November 7, 2017.

Dated: October 20, 2017          Respectfully submitted,

                                 BRIAN J. STRETCH
                                 United States Attorney

                                 /s/
                                 JENNIFER S WANG
                                 Assistant United States Attorney

Dated: October 20, 2017



                                 /s/
                                 WILLIAM E. KING
                                 Attorney for Plaintiff Sayed Emran

# [~~PROPOSED~~] ORDER

The Court hereby sets a case management conference for November 14, 2017 at 10:00 a.m. A joint case management statement must be filed by November 7, 2017.

IT IS SO ORDERED.

DATED: October 23, 2017

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.: 3:15-CV-4023 EDL                3

# [~~PROPOSED~~] ORDER

The Court hereby sets a case management conference for November 14, 2017 at 10:00 a.m. A joint case management statement must be filed by November 7, 2017.

IT IS SO ORDERED.

DATED: October 23, 2017

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge