ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JENNIFER S. WANG (CSBN 233155)
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorneys

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
Facsimile: (408) 535-5081
Email: james.scharf@usdoj.gov

Attorneys for Defendant USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAYED EMRAN, | CASE NO. 3:15-CV-4023 EDL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

It is hereby stipulated by and between the undersigned Plaintiff Sayed Emran and Defendant United States of America (collectively, "the parties"), by and through their respective attorneys, as follows:

WHEREAS, the Court scheduled a Settlement Conference in this action for June 8, 2018.

WHEREAS, pursuant to the Court's schedule, the parties will exchange initial expert reports on June 18, 2018.

CASE NO. 3:15-CV-4023 EDL
Stipulation and [Proposed] Order Continuing Settlement Conference

1

WHEREAS, the parties believe that participating in a Settlement Conference after the parties exchange their initial expert reports will increase the likelihood of settlement at the Settlement Conference.

WHEREAS, the parties discussed this issue with Magistrate Judge Laporte at the April 25, 2018 Further Case Management Conference, and Magistrate Judge Laporte authorized the parties to continue the Settlement Conference to July 2018, subject to the availability of Magistrate Judge Westmore.

WHEREAS, the parties are informed and believe that Magistrate Judge Westmore is available to preside over a Settlement Conference on July 13, 2018, at 11:00 a.m.

WHEREAS, the parties and their attorneys are available to participate in a Settlement Conference on July 13, 2018, at 11:00 a.m.

THEREFORE, the parties respectfully request the Court to continue the Settlement Conference from June 8, 2018 to July 13, 2018, at 11:00 a.m.

Respectfully submitted,

DATED: April 12, 2018
ALEX G. TSE
Acting United States Attorney

/s/
JAMES A. SCHARF
Assistant United States Attorney
Attorneys for Defendant USA

/s/
WILLIAM E. KING
Attorney for Plaintiff Sayed Emran

Pursuant to the agreement of the parties, and for good cause, the Court continues the Settlement Conference from June 8, 2018 to July 13, 2018, at 11:00 a.m. The parties shall comply with the Court's Settlement Conference Order. No later than July 3, 2018, 12:00 p.m., the parties shall submit an Exchanged Settlement Conference Statement and a Confidential Settlement Letter.

IT IS SO ORDERED.

DATED: April 27, 2018

_____
Hon. Kandis A. Westmore
United States Magistrate Judge

CASE NO. 3:15-CV-4023 EDL
Stipulation and [Proposed] Order Continuing Settlement Conference

2